## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ESPOSITO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JONATHAN L. WILCOX, SYED T. KAMAL, JONATHAN J. McDONOUGH, CENTERBRIDGE CAPITAL PARTNERS L.P., MERRILL LYNCH, PIERCE, FENNER, & SMITH, INC., BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., WELLS FARGO SECURITIES, LLC, SUNTRUST ROBINSON HUMPHREY, and LEERINK PARTNERS LLC,<br>                                   Defendants. | Civil Action No.: 16 Civ. 11797 (ADB)<br><br>**CLASS ACTION**<br><br>ECF Case |

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION

Lead Plaintiffs Errol M. Rudman and Rudman Partners hereby move, pursuant to Federal Rules of Civil Procedure 23(b)(3) and 23(e), for an order: (i) granting final approval of the Settlement and Plan of Allocation; (ii) finally certifying the Settlement Class for purposes of carrying out the Settlement; and (iii) entering the accompanying proposed Order and Final Judgment ("Order"). The Order, attached hereto as Exhibit A, was previously filed with the Court on January 31, 2018 (ECF No. 95-1) in connection with the Preliminary Approval Motion.

The grounds for this Motion are set forth in the accompanying memorandum of law and the Declaration of Ira M. Press in Support of Final Approval of Class Action Settlement and Plan

of Allocation, and Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards.

Dated:  May 10, 2018                     Respectfully submitted,

                                         **KIRBY McINERNEY LLP**

                                         _/s/_ Ira M. Press
                                         Ira M. Press (admitted _pro hac vice_)
                                         Andrew M. McNeela (admitted _pro hac vice_)
                                         825 Third Avenue, 16th Floor
                                         New York, New York 10022
                                         Telephone: (212) 371-6600
                                         Facsimile: (212) 751-2540
                                         Email: ipress@kmllp.com
                                                 amcneela@kmllp.com

                                         _Counsel for Lead Plaintiffs and the Proposed
                                         Settlement Class_

                                         **LAW OFFICES OF MARK BOOKER**

                                         Mark Booker, B.B.O. #659957
                                         33 Mount Vernon Street, 4th Floor
                                         Boston, Massachusetts 02108
                                         Telephone: (617) 248-1650

                                         _Liaison Counsel for Lead Plaintiffs_

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically on this 10th day of May, 2018, to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

*/s/* Ira M. Press
Ira M. Press
