## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ESPOSITO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>      Plaintiff,<br>  v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JONATHAN L. WILCOX, SYED T. KAMAL, JONATHAN J. McDONOUGH, CENTERBRIDGE CAPITAL PARTNERS L.P., MERRILL LYNCH, PIERCE, FENNER, & SMITH, INC., BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., WELLS FARGO SECURITIES, LLC, SUNTRUST ROBINSON HUMPHREY, and LEERINK PARTNERS LLC,<br>      Defendants. | Civil Action No.: 16 Civ. 11797 (ADB)<br><br>**CLASS ACTION**<br><br>ECF Case |

## LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND INCENTIVE AWARDS

Lead Counsel, Kirby McInerney LLP hereby moves this Court, pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), for an order awarding attorneys' fees and reimbursement of litigation expenses, plus any accrued interest, and an incentive award for each of the two Lead Plaintiffs.

The grounds for this Motion are set forth in the accompanying memorandum of law and the Declaration of Ira M. Press in Support of Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards.

Dated:  May 10, 2018                    Respectfully submitted,

                                        **KIRBY McINERNEY LLP**

                                        _/s/_ Ira M. Press
                                        Ira M. Press (admitted _pro hac vice_)
                                        Andrew M. McNeela (admitted _pro hac vice_)
                                        825 Third Avenue, 16th Floor
                                        New York, New York 10022
                                        Telephone: (212) 371-6600
                                        Facsimile: (212) 751-2540
                                        Email: ipress@kmllp.com
                                                amcneela@kmllp.com

                                        _Counsel for Lead Plaintiffs and the Proposed_
                                        _Settlement Class_

                                        **LAW OFFICES OF MARK BOOKER**

                                        Mark Booker, B.B.O. #659957
                                        33 Mount Vernon Street, 4th Floor
                                        Boston, Massachusetts 02108
                                        Telephone: (617) 248-1650

                                        _Liaison Counsel for Lead Plaintiffs_

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically on this 10th day of May, 2018, to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

*/s/* Ira M. Press
　Ira M. Press